IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**JOHNNY L. SCOTT, ET AL.,** **PLAINTIFFS,**

**VS.** **CIVIL ACTION NO. 4:04CV280-P-B**

**ILLINOIS CENTRAL RAILROAD**
**COMPANY, ET AL.,** **DEFENDANTS.**

## ORDER

This matter comes before the court upon Illinois Central's April 6, 2005 Motion to Alter or Amend Order of Dismissal and Request for Expedited Review. Upon due consideration of the motion and the responses filed thereto the court finds as follows, to-wit:

The motion is not well-taken and should be denied.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Illinois Central's April 6, 2005 Motion to Alter or Amend Order of Dismissal and Request for Expedited Review is hereby **DENIED**.

**SO ORDERED** this the 19th day of April, A.D., 2005.

/s/ W. Allen Pepper, Jr.
W. ALLEN PEPPER, JR.
UNITED STATES DISTRICT JUDGE